**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL UTAH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **STRAYER UNIVERSITY,** | : | |
| | : | **NO. 15-5909** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 27th day of January, 2016, upon consideration of defendant's motion to dismiss for failure to state a claim (Doc. 14) and the plaintiff's response (Doc. No. 16), **IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED**.  The plaintiff's amended complaint (Doc. No. 7) is **DISMISSED with prejudice**.

The Clerk of Court is directed to mark this case **CLOSED** for all purposes.

BY THE COURT

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.